1030

[No. 48238-6-I.   Division One.   November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TUAN TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10735-4, Douglass A. North, J., entered March 16, 2001. *Remanded* by unpublished per curiam opinion.

[No. 18984-8-III.   Division Three.   November 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBIAS ROBERT STACKHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-00717-2, Robert D. Austin, J., entered December 15, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 19065-0-III.   Division Three.   November 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN TODD SKINNER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00045-9, Vic L. VanderSchoor, J., entered January 26, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19637-2-III.   Division Three.   November 27, 2001.]

JAMES R. IRWIN, *Respondent*, v. THE MEDICAL QUALITY ASSURANCE COMMISSION, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-2-00587-1, Kenneth L. Jorgensen, J., entered September 25, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.